UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

HON. THOMAS J. WHELAN

| UNITED STATES OF AMERICA, | CASE NO.: 22CR2799-W |
|---|---|
| Plaintiff, | |
| v. | ORDER TO CONTINUE SENTENCING HEARING |
| HUGO HERMAN VICTORIA BLANCO | |
| Defendant. | |

For good cause shown and upon joint motion of the parties, IT IS HEREBY ORDERED that the Sentencing Hearing currently scheduled for March 6, 2023, be continued **to March 20, 2023, at 9:00 a.m.**

DATED: 3/1/23

**Honorable Thomas J. Whelan**
United States District Judge